10-1250-pr
*Cabassa v. Smith*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

### SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of May, two thousand twelve.

PRESENT: RICHARD C. WESLEY,
             RAYMOND J. LOHIER, JR.,
                     *Circuit Judges,*
             J. GARVAN MURTHA,*
                     *District Judge.*

_____

SAMUEL CABASSA,

                    *Plaintiff-Appellant,*

        v.                            10-1250-pr

JOSEPH SMITH, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY, ANTHONY FORTE, CHIEF MEDICAL DOCTOR, SHAWANGUNK CORRECTIONAL FACILITY, LESTER N. WRIGHT, DEPUTY COMMISSIONER, CHIEF MEDICAL OFFICER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, LEONARDO PORTUONDO, SUPERINTENDENT, MARYANN GENOVESE, MEDICAL DOCTOR, RICHARD WURZEL, KATZ, DOCTOR, THOMAS EAGEN, DIRECTOR, INMATE GRIEVANCE PROGRAM,

                    *Defendants-Appellees.*

_____

* The Honorable J. Garvan Murtha, of the United States District Court for the District of Vermont, sitting by designation.

FOR APPELLANT:    GINA R. MERRILL (Philip A. Irwin, *on the brief*), Covington & Burling LLP, New York, NY

FOR APPELLEES:    UNOPPOSED

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the United States District Court for the Northern District of New York is **VACATED** and **REMANDED.**

Plaintiff-Appellant Samuel Cabassa appeals from the judgment of the United States District Court for the Northern District of New York (Hood, *J.*), granting summary judgment to the appellees and dismissing Cabassa's complaint.  On March 9, 2011, this Court granted Cabassa's motion for appointment of counsel with respect to his Eighth Amendment claim against Defendant-Appellee Richard Wurzel, and dismissed the appeal with respect to his remaining claims against all other appellees.  On October 17, 2011, the New York State Attorney General's Office ("NYAG") informed the Court that it would not be filing a brief on Wurzel's behalf despite the fact that it filed a notice of appearance on behalf of all defendants-appellees on appeal and acknowledged in a letter that it represented him below. The NYAG asserts that Wurzel was never served below, that it

does not represent Wurzel, and that it mistakenly filed a notice of appearance on his behalf on appeal.  As such, Cabassa's appeal against Wurzel is currently unopposed.

In light of the representations made by the NYAG, we **VACATE** the judgment with respect to Wurzel and **REMAND** to the district court for a determination as to whether he was ever served and any appropriate remedies that may arise therefrom.  The Court expresses its thanks to Cabassa's pro bono counsel for their dedicated and highly professional assistance.  We recommend that the district court consider whether to extend their appointment in subsequent proceedings.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk